UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6495
(5:20-ct-03189-FL)

_____

WEBSTER DOUGLAS WILLIAMS, III

    Plaintiff - Appellant

v.

MICHAEL CARVAJAL

    Defendant - Appellee

------------------------------

ARC OF THE UNITED STATES; MENTAL HEALTH AMERICA;
NATIONAL DISABILITY RIGHTS NETWORK

    Amici Supporting Appellant

RIGHTS BEHIND BARS

    Amicus Supporting Rehearing Petition

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for

rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk